# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GLORIA BRYANT**                                                                             **PLAINTIFF**

V.                          **CASE NO.: 3:14CV00189 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Plaintiff Gloria Bryant's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 3rd day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE